UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID DEBOARD, JR. individually and on behalf of all others similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>PREFERRED HOSPITALITY GROUP, LLC  )<br>doing business as RAMADA I-70 EAST,  )<br>)<br>Defendant.  ) | No. 1:13-cv-00514-WTL-TAB |

**ORDER ON OCTOBER 7, 2013, PRETRIAL CONFERENCE**

Parties appeared by counsel October 7, 2013, for a pretrial conference. Discussion held regarding settlement and related matters. The parties shall file a stipulation of dismissal by December 6, 2013, or a report as to the status of settlement.

Dated:  10/8/2013

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Kenneth B. Siepman
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
kenneth.siepman@odnss.com

Matthew S. Effland
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
matthew.effland@ogletreedeakins.com

Michelle R. Maslowski
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
michelle.maslowski@ogletreedeakins.com

Ryan R. Frasher
RYAN FRASHER P.C.
rfrasher@frasherlaw.com

Eric G. Calhoun
TRAVIS, CALHOUN & CONLON PC
eric@travislaw.com