UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID DeBOARD, JR., individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. 1:13-cv-00514-WTL-TAB |
| PREFERRED HOSPITALITY GROUP, LLC d/b/a RAMADA I-70 EAST, | )<br>)<br>)<br>) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii), the parties stipulate to the dismissal of this lawsuit with prejudice, with each party to bear his or its own costs and attorneys' fees.

Respectfully submitted,

 *s/ Ryan R. Frasher (w/consent)*
Ryan R. Frasher
THE RYAN FRASHER LAW FIRM P.C.
155 E. Market Street, Suite 450
Indianapolis, IN 46204
317-634-5544
Fax: 317-630-4824
rfrasher@frasherlaw.com

Eric G. Calhoun
TRAVIS & CALHOUN PC
1000 Providence Towers East
5001 Spring Valley
Dallas, TX 75244
972-934-4100
Fax: 972-934-4101
eric@travislaw.com

Attorneys for Plaintiff, David DeBoard, Jr.

 *s/ Michelle R. Maslowski*
Kenneth B. Siepman, Atty. No. 15561-49
Michelle R. Maslowski, Atty. No. 27238-49
OGLETREE DEAKINS NASH SMOAK &
STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Tel:  317.916.1300 / Fax:  317.916.9076
kenneth.siepman@ogletreedeakins.com
michelle.maslowski@ogletreedeakins.com

Attorneys for Defendant, Preferred Hospitality Group, LLC d/b/a Ramada I-70 East

17046484.1